

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00338-CV

KIMBERLY GOESLING, Appellant

V.

AMERICAN AIRLINES, INC., Appellee

§ On Appeal from the 342nd District Court

§ of Tarrant County (342-314565-20)

§ October 26, 2023

§ Memorandum Opinion by Justice Bassel

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Kimberly Goesling shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Dabney Bassel_____
    Justice Dabney Bassel